```
 1  KEVIN V. RYAN, CSBN 118321
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    EDWARD A. OLSEN, CSBN 214150
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-6915
       FAX: (415) 436-6927
 7
    Attorneys for Defendants
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 8/2/06*

| | |
|---|---|
| YI LIANG,<br><br>    Plaintiff,<br><br>    v.<br><br>ALBERTO GONZALES, United States Attorney General; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALES, Director of United States Citizenship and Immigration Services, DAVID STILL, San Francisco District Director, United States Citizenship and Immigration Services; ROBERT S. MUELLER, Director of Federal Bureau of Investigation,<br><br>    Defendants. | Case No. 06-3803 RMW<br><br>**STIPULATION TO DISMISS AND [] ORDER** |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///

///

Stip. to Dismiss
C 06-3803 RMW

| | |
|---|---|
| 1  Date: July 14, 2006 | Respectfully submitted, |
| 2 | KEVIN V. RYAN |
|   | United States Attorney |
| 3 | |
| 4 | |
| 5 | _____/s/_____ |
|   | EDWARD A. OLSEN |
|   | Assistant United States Attorney |
| 6 | Attorneys for Defendants |

Date: July 14, 2006                         /s/
                                           JUSTIN FOK
                                           Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 8/2/06                               /S/ RONALD M. WHYTE
                                           RONALD M. WHYTE
                                           United States District Judge

Stip. to Dismiss
C 06-3803 RMW                              2